**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 4232 |
|---|---|
| Hu-Friedy Mfg. Co., Inc., <br>           v. <br> Discuss Dental, LLC, et al., | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Discus Dental, LLC, Discus Dental Impressions, LLC, Discus Dental Canada, LLC,

| | |
|---|---|
| NAME (Type or print) <br> Adam B. Townshend | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>         s/  Adam B. Townshend | |
| FIRM <br> Latham & Watkins LLP | |
| STREET ADDRESS <br> 233 South Wacker Drive, Suite 5800 | |
| CITY/STATE/ZIP <br> Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6287550 | TELEPHONE NUMBER <br> (312) 876-7700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |