UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Hu−Friedy Mfg. Co., Inc.
      Plaintiff,

v.             Case No.: 1:08−cv−04232
             Honorable Wayne R. Andersen

Discus Dental, LLC, et al.
      Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

  Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Maria Valdez for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: August 8, 2008

                     /s/ Wayne R. Andersen

                     United States District Judge