# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HU-FRIEDY MFG. CO., INC., an Illinois corporation, <br><br> Plaintiffs, <br><br> v. <br><br> DISCUS DENTAL, LLC, a California Limited Liability Company, DISCUS DENTAL IMPRESSIONS, LLC, a California Limited Liability Company, DISCUS DENTAL CANADA, LLC, a California Limited Liability Company <br><br> Defendants. | CASE NO. 08 CV 4232 <br><br> Judge Wayne R. Andersen <br> Magistrate Judge Maria Valdez |

## DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES

Plaintiff Hu-Friedy Mfg. Co., Inc., ("Hu-Friedy") by its attorneys, Bell, Boyd & Lloyd LLP, and pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, submits the following Disclosure Statement and Notification of Affiliates:

1. There is no parent corporation or publicly held corporation that owns 10% or more of the stock of Hu-Friedy, and Hu-Friedy has no publicly held affiliates;

Dated: August 15, 2008                                      HU-FRIEDY MFG. CO., INC., Plaintiff

                                                            By:   /s/ *Natalie A. Remien*
                                                                    One of its Attorneys

Kara E.F. Cenar
Jeffrey T. Petersen
Natalie A. Remien
Suzanne E. Konrad
BELL, BOYD & LLOYD, LLP
Three First National Plaza, Suite 3300
70 West Madison Street
Chicago, IL  60602
312.372.1121

992150/D/1

## CERTIFICATE OF SERVICE

      Natalie A. Remien, an attorney, hereby certifies that a true and correct copy of the **DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES** has been sent this 15th day of August, 2008 via ECF and regular mail, to:

Matthew W. Walch
LATHAM & WATKINS, LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago IL 60606

    /s/  Natalie A. Remien
    Natalie A. Remien
    BELL, BOYD & LLOYD LLP
    70 West Madison Street
    Suite 3100
    Chicago, IL  60602
    (312) 372-1121