| Attorney or Party without Attorney: JEFFREY T. PETERSON, ESQ., Bar #212925<br>BELL, BOYD & LLOYD LLP<br>70 WEST MADISON STREET<br>SUITE 3100<br>CHICAGO, IL 60602 | For Court Use Only |
|---|---|
| Telephone No: 312-372-1121  FAX No: 312-827-8175 | |
| Attorney for: Plaintiff | Ref. No. or File No.: |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court For The Northern District Of Illinois |
| Plaintiff: HU-FRIEDY MFG. CO., INC., ETC. |
| Defendant: DISCUS DENTAL, LLC, ETC., ET AL. |

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV4232 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ATTORNEY APPEARANCE FORM (RE: KARA F. CENAR); ATTORNEY APPEARANCE FORM (RE: NATALIE A. REMIEN); ATTORNEY APPEARANCE FORM (RE: JEFFREY T. PETERSEN)

3. a. Party served:  DISCUS DENTAL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY
   b. Person served: MIKE TREIMAN, AGENT AUTHORIZED TO ACCEPT SERVICE. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:  8550 HIGUERA ST.
   CULVER CITY, CA 90232

5. I served the party:
   b. **by substituted service.** On: Mon., Jul. 28, 2008 at: 5:10PM by leaving the copies with or in the presence of:
   "JANE DOE" HUMAN RESOURCE. DESCRIPTION: CAUCASIAN, FEMALE, 5'7", 120 LBS, BLONDE HAIR, AGE 37.
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**
   a. JONATHAN SOLIS

   First Legal Support Services sm
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.: 3477
       (iii) County: Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Wed, Jul. 30, 2008

   (JONATHAN SOLIS)

   Judicial Council Form           PROOF OF SERVICE
   Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL CASE        4149072.jefpe.150121

| *Attorney or Party without Attorney:*<br>JEFFREY T. PETERSON, ESQ., Bar #212925<br>BELL, BOYD & LLOYD LLP<br>70 WEST MADISON STREET<br>SUITE 3100<br>CHICAGO, IL 60602<br>*Telephone No:* 312-372-1121 *FAX No:* 312-827-8175 | **For Court Use Only** |
|---|---|
| *Ref. No or File No.:* | |
| *Attorney for:* Plaintiff | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court For The Northern District Of Illinois

*Plaintiff:* HU-FRIEDY MFG. CO., INC., ETC.
*Defendant:* DISCUS DENTAL, LLC, ETC., ET AL.

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>08CV4232 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET; ATTORNEY APPEARANCE FORM (RE: KARA F. CENAR); ATTORNEY APPEARANCE FORM (RE: NATALIE A. REMIEN); ATTORNEY APPEARANCE FORM (RE: JEFFREY T. PETERSEN)

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing: Tue., Jul. 29, 2008
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: DISCUS DENTAL, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY
      8550 HIGUERA ST.
      CULVER CITY, CA 90232
      *Mike Treiman, Agent*

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Jul. 29, 2008 in the ordinary course of business.

5. *Person Serving:*                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Thomas Tilcock                                          d. *The Fee for Service was:*
   b. FIRST LEGAL SUPPORT SERVICES                            e. I am: Not a Registered California Process Server
      1511 W. BEVERLY BLVD
      LOS ANGELES, CA 90026
   c. 213-250-9111

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Wed, Jul. 30, 2008

   Judicial Council Form                    PROOF OF SERVICE                    (Thomas Tilcock)
   Rule 2.150.(a)&(b) Rev January 1, 2007        By Mail                         *4149072.jefpe.150121*

## CERTIFICATE OF SERVICE

    Natalie A. Remien, an attorney, hereby certifies that a true and correct copy of the **PROOF OF SERVICE FOR DISCUS DENTAL, LLC** has been sent this 15th day of August, 2008 via ECF and regular mail, to:

Matthew W. Walch
LATHAM & WATKINS, LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago IL 60606

                                      /s/ Natalie A. Remien
                                      Natalie A. Remien
                                      BELL, BOYD & LLOYD LLP
                                      70 West Madison Street
                                      Suite 3100
                                      Chicago, IL  60602
                                      (312) 372-1121