Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 8 C 4232 | **DATE** | 8/18/2008 |
| **CASE TITLE** | Hu-Friedy vs. Discus Dental | | |

**DOCKET ENTRY TEXT**

Pursuant to stipulation of dismissal of counts I through VI of the complaint, this case is hereby terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



Courtroom Deputy Initials: TSA