Case 1:08-cv-04232 Document 20 Filed 08/18/2008 Page 1 of 2



## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| HU-FRIEDY MFG. CO., INC. an Illinois corporation,<br><br>                Plaintiffs,<br><br>v.<br><br>DISCUS DENTAL, LLC, a California Limited Liability Company, DISCUS DENTAL IMPRESSIONS, LLC, a California Limited Liability Company, and DISCUS DENTAL CANADA, LLC, a California Limited Liability Company,<br><br>                Defendants. | Case No. 08-4232<br><br>Judge Wayne R. Andersen<br>Magistrate Judge Maria Valdez |

### STIPULATION OF DISMISSAL OF COUNTS I THROUGH VI OF THE COMPLAINT

PLEASE TAKE NOTICE that Plaintiff Hu-Friedy Mfg., Co., LLC ("Hu-Friedy) and Defendants Discus Dental, LLC, Discus Dental Impressions, LLC, and Discus Dental Canada, LLC ("Discuss") hereby stipulate to the dismissal with prejudice of Counts I through VI in the above-captioned action, subject to the terms of the July 31, 2008 Settlement Agreement between the parties (the "Agreement") attached hereto as Exhibit 1. Pursuant to paragraph 1 of the Agreement, this Court retains jurisdiction to enforce the terms of the Agreement.

The Parties also stipulate that with respect to the Counts not dismissed pursuant to the Agreement, the Defendants shall have an additional 30 days to answer or otherwise plead, making the new deadline to answer or otherwise plead September 17, 2008.

Dated: August 12, 2008                    Respectfully submitted,

                                            HU-FRIEDY MFG. CO., INC.

2

        By:    /s/ Natalie A. Remien  
               One of its Attorneys

Kara E.F. Cenar  
Jeffrey T. Petersen  
Natalie A. Remien  
Suzanne E. Konrad  
BELL, BOYD & LLOYD LLP  
70 West Madison Street, Suite 3100  
Chicago, Illinois 60602  
(312) 372-1121

DISCUS DENTAL, LLC, DISCUS DENTAL IMPRESSIONS, LLC, and DISCUS DENTAL CANADA, LLC

        By:    /s/ Matthew W. Walch  
               One of its Attorneys

LATHAM & WATKINS, LLP  
Sears Tower, Suite 5800  
233 South Wacker Drive  
Chicago IL 60606  
312.876.7700

**ORDER**

**IT IS SO ORDERED.**

Dated: August 18, 2008

_[signature: Wayne Andersen]_  
UNITED STATES DISTRICT COURT JUDGE