Order Form (01/2005) Case 1:08-cv-04232 Document 21 Filed 08/20/2008 Page 1 of 1

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 8 C 4232 | DATE | 8/20/2008 |
| CASE TITLE | Hu-Friedy Mfg. Co., Inc. Vs. Discus Dental, LLC | | |

**DOCKET ENTRY TEXT**

Enter amended stipulation of dismissal of counts I through VI of the complaint.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

2008 AUG 20 PM 4:51
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | TSA |
|---|---|---|

8C4232 Hu-Friedy Mfg. Co., Inc. Vs. Discus Dental, LLC

Page 1 of 1